UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HONORABLE WILLIAM J. MARTINI<br>UNITED STATES DISTRICT JUDGE |
| | : | CRIMINAL NO. 10-43-1 |
| v. | : | |
| | : | **CONSENT ORDER MODIFYING BAIL** |
| ORESTE F. MARCONI | : | |

This matter having been opened to the Court by the Defendant, Oreste F. Marconi, by his attorney, Donald J. McCauley, Esq., Assistant Federal Public Defender and the United States Attorney for the District of New Jersey (Zahid N. Quraishi, Esq., Assistant U.S. Attorney appearing) having consented thereto; for an Order modifying the conditions of bail set by the Court on September 21, 2009, and the Court having considered the arguments of counsel, the consent of the government, the consent of the Office of Pretrial Services and for good cause shown;

WHEREFORE, it is on this       day of January, 2010,

HEREBY ORDERED that Oreste F. Marconi's bail be modified to permit him to travel between the State of New Jersey and the State of New York for purposes of employment as approved by Pretrial Services. All other conditions of bail imposed by the Court on September 21, 2007 shall remain in effect.

---
HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE

Consented to:

---
Zahid N. Quraishi, Esq.
Assistant U.S. Attorney